UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

       -v-                                                         No. 20-cr-20-LTS

ANTOINE BLOUNT, JR.,

                        Defendant.

-------------------------------------------------------------X

**ORDER**

The Court hereby appoints Mark Gombiner, Esq., who previously represented Mr. Blount in case 12 crim 670 (RJS), to represent Mr. Blount in this case.

SO ORDERED.

Dated: New York, New York
       March 5, 2021

                                                 /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge