UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                                       No. 20-CR-20-LTS

ANTOINE BLOUNT, JR.

                        Defendant.

------------------------------------------------------------X

## ORDER

       For the reasons stated on the record, the conditions of probation for Mr. Blount are hereby modified to include the following:

The defendant must participate in an outpatient drug treatment program approved by the U.S. Probation Office, which may include testing to determine whether he has reverted to using drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Officer. The defendant will be required to contribute to the costs of services rendered (co-payment), in an amount determined by the probation officer, based on ability to pay or availability of the third-party payment.

       All other conditions remain in place.

       SO ORDERED.

Dated:  New York, New York
           March 5, 2021

                                                                     /s/  Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    United States District Judge