

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 26, 2021

**BY ECF AND EMAIL**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   **United States v. Antoine Blount**, 20-CR-20 (LTS)

Dear Judge Swain:

    The Government submits this letter in advance of the June 11, 2021 conference in the above-captioned matter. With the consent of defense counsel, the Government respectfully requests an adjournment of 30 days. The conduct underlying the violations of supervised release contained in Specifications Three, Four, and Five (the "VOSR Specifications") is the subject of a state prosecution by the New York County District Attorney's Office (the "State Case"). The Government has been informed by the prosecutor in the State Case that the State Case has been set for a June 16, 2021 trial. The parties do not anticipate being able to resolve the VOSR Specifications prior to a disposition in the State Case. Accordingly, an adjournment will allow for a resolution in the State Case and allow the parties to discuss possible dispositions in the VOSR proceeding.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

The conference is adjourned to July 15, 2021, at 11:00 a.m.  DE # 14 resolved.
SO ORDERED.
/s/ Laura Taylor Swain
Chief USDJ

by: *Ashley C. Nicolas*
    Ashley C. Nicolas
    Assistant United States Attorneys

cc:   Mark Gombiner, Esq. (counsel for defendant Antoine Blount)
       Federal Defenders of New York