UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,  ~~[PROPOSED]~~ ORDER

- v. -  20-CR-20 (LTS)

ANTOINE BLOUNT
                               Defendant.
-----------------------------------------------------------------X

Upon the joint application of the defendant Antoine Blount, by his counsel, Mark Gombiner, Esq., together with the Government, and good cause having been demonstrated, it is hereby

**ORDERED** that pursuant to 18 U.S.C. § 4241(b) a forensic psychiatric examination be conducted of Mr. Blount to determine his mental competency and ability to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and that a report of such examination be provided to the Court, defense counsel, and the Government; and

The examination should be conducted by Dr. Cheryl Paradis, or, if Dr. Paradis becomes unavailable, another qualified expert agreed to by the Government and the defense.

The parties shall inform the Court when the examination has been scheduled.

                                                          **SO ORDERED**:

7/16/2021                                            /s/ Laura Taylor Swain
_____                   _____
July _, 2021                                        Hon. Laura Taylor Swain
                                                    United States District Judge