UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                    No. 20 crim 20 (LTS)

ANTOINE BLOUNT,

              Defendant.
-------------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

### ORDER

It is ORDERED, that the defendant, Antoine Blount, is hereby remanded to the custody of the United States Marshals pending a mental health evaluation to determine whether he is a danger to himself or others and can be released to the community. The United States Marshals shall notify the Court of the determination and may release Mr. Blount, if it is determined that he is not a danger. If it determined that he is a danger to any other person or the community, the United States Marshals shall notify the Court and shall hold him in a suitable facility pending further order of the Court.

Dated: New York, New York
       July 15, 2021

                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge

DET.FRM  07/05/09