UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                              No.  20 CR 20-LTS

ANTOINE BLOUNT,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received a copy of the report of Mr. Blount's mental competency examination.  In light of the findings conveyed in the report, the parties are directed to meet and confer and file a joint letter by **12:00pm** on **December 10, 2021,** setting forth their respective positions as to how this action should proceed.  The report of Mr. Blount's mental competency examination will be filed under seal since it contains detailed medical and personal information.

      SO ORDERED.

Dated: New York, New York
       November 29, 2021

                                                                                 /s/ Laura Taylor Swain
                                                                              LAURA TAYLOR SWAIN
                                                                              Chief United States District Judge