UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　No. 20 CR 20-LTS

ANTOINE BLOUNT,

    Defendant.

-------------------------------------------------------x

## ORDER

Defense counsel is directed to show cause, by December 17, 2021, why the Court should not schedule a competency hearing, under 18 U.S.C. section 4241, in light of the Government's recent submission and the report of Mr. Blount's mental competency examination.

SO ORDERED.

Dated: New York, New York
       December 10, 2021

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge