UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No. 20 CR 20-LTS

ANTOINE BLOUNT,

        Defendant.

-------------------------------------------------------x

## ORDER

On November 29, 2021, the Court directed the parties to meet and confer and to inform the Court of their respective positions as to how this action should proceed. (Docket entry no. 22.) The Court has received the parties' submissions setting forth their respective positions. (Docket entry nos. 23 and 25.) In light of the information contained therein, the Court respectfully directs the Probation Office to prepare an updated report regarding Mr. Blount's supervision, with a recommendation setting forth Probation's position as to how this matter should proceed, by January 12, 2022.

      SO ORDERED.

Dated: New York, New York
       January 4, 2022

                                                         /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge