UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                          No.  20 CR 20-LTS

ANTOINE BLOUNT,

        Defendant.

-------------------------------------------------------x

## ORDER

In light of the January 12, 2022, update from the Probation Office, the parties are hereby directed to meet and confer, and to file a joint letter by **January 24, 2022**, setting forth their proposals as to the scheduling of a competency hearing in this action, the time that will be required, and whether and to what extent the parties propose to present evidence in addition to the existing competency report.

       SO ORDERED.

Dated: New York, New York
        January 14, 2022

                                               /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge