UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                               No.  20 CR 20-LTS

ANTOINE BLOUNT,

        Defendant.

--------------------------------------------------------x

### Order

The Court has received and reviewed the parties' request that "this matter be adjourned for sixty days before the scheduling of a competency hearing." (Docket entry no. 28.) The Court hereby grants such request and schedules a status conference in this matter for April 7, 2022, at 10:00am.  The Probation Office is respectfully directed to prepare an updated report regarding Mr. Blount's supervision by March 31, 2022.  This order resolves docket entry no. 28.

    SO ORDERED.

Dated: New York, New York
       January 25, 2022

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge