UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                        No. 20 CR 20-LTS

ANTOINE BLOUNT,

        Defendant.

-------------------------------------------------------x

## ORDER

A status conference is scheduled in this case for April 7, 2022, at 10:00 a.m. As directed in the Court's January 25, 2022, order (<u>see</u> docket entry no. 29), the Probation Office is respectfully directed to prepare an updated report regarding Mr. Blount's supervision by March 31, 2022. The Court hereby directs the parties to meet and confer and file a joint status report, by April 5, 2022, at 12:00 p.m. (noon), stating whether they wish to proceed with the conference as scheduled, and if so, identifying the matters they expect to address during the conference.

       SO ORDERED.

Dated: New York, New York
       March 22, 2022

                                                                                     /s/ Laura Taylor Swain
                                                                                   LAURA TAYLOR SWAIN
                                                                                    Chief United States District Judge